Adrian M. Requena
Name
L.C.F. / P.O. Box 2
Lansing, Kansas 66043
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

Adrian Michael Requena, Plaintiff
*(Full Name)*

v.

Ray Roberts, Defendant (s)

Sam Cline, et al,

CASE NO. 13-3043-SAC

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

**A. JURISDICTION**

1) Adrian M. Requena *(Plaintiff)*, is a citizen of Kansas *(State)* who presently resides at L.C.F. / P.O. Box 2 Lansing, Kansas 66043 *(Mailing address or place of confinement)*.

2) Defendant Ray Roberts *(Name of first defendant)* is a citizen of Topeka, Kansas *(City, State)*, and is employed as Secretary of Corrections *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ] If your answer is "Yes", briefly explain:

Ray Roberts was/is acting in his individual and official capacity.

3) Defendant Sam Cline is a citizen of
(Name of second defendant)
Hutchinson, Kansas, and is employed as
(city, state)
Warden. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain: Sam Cline was/is acting in his individual and official capacity.

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

28 U.S.C. § 1331 and 1343 (a) (3)

## B. NATURE OF THE CASE

1) Briefly state the background of your case. That while Petitioner was housed at the Hutchinson Correctional Central Unit that he was retaliated against by defendants for bring up issues that petitioner did not feel were correct. That the evidence will show that from 10-19-2011 until 10-2-2012 when inmate Requena was transfer to the Lansing Correctional Facility that he endured retaliation, discrimination, cruel and unusual punishment, that inmate Requena's due process was violated and was denied his access to religious services because of defendant's intentional actions. That the evidence will show this and much more. That inmate Requena was denied ~~his~~ our First, Eighth and Fourteenth Amendmend and that it was brought to the attention of all the defendants involved. That defendants acted with deliberate indifference to petitioner's conditions and exposed Petitioner to an unreasonable risk of serious harm.

3a. Defendant Berry Larson is a citizen of Hutchinson, Kansas, and is employed as Deputy Warden. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law yes ☑ no ☐
Berry Larson was/is acting in her individual and official capacity.

3b. Defendant James Reeves is a citizen of Hutchinson, Kansas, and is employed as major. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law. yes ☑ no ☐
James Reeves was/is acting in his individual and official capacity.

3c. Defendant Thomas L. Williams is a citizen of Hutchinson, Kansas, and is employed as Unit Team Manager. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law. yes ☑ no ☐
Thomas Williams was/is acting in his individual and official capacity.

3 d. Defendant M. Lamb is a citizen of Hutchinson, Kansas and is employed as Correction Counselor. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law. yes ☑ no ☐ M. Lamb was/is acting in his individual and official capacity.

3e. Defendant Joshua Pettay is a citizen of Hutchinson, Kansas and is employed as Sergeant. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law. yes ☑ no ☐ Joshua Pettay was/is acting in his individual and official capacity.

3f. Defendant C. McGehee is a citizen of Hutchinson, Kansas and is employed as Corporal. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law. yes ☑ no ☐ C. McGehee was/is acting in her individual and official capacity.

3g. Defendant G. Riemann is a citizen of Hutchinson, Kansas, and is employed as Unit Team Supervisor. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law yes ☑ No ☐
G. Riemann was/is acting in his individual and official capacity.

3h. Defendant C. Schneider is a citizen of Hutchinson, Kansas, and is employed as Unit Team. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of State law yes ☑ No ☐
C. Schneider was/is acting in his individual and official capacity.

3i. Defendant Mr. Chick is a citizen of Hutchinson, KS, and is employed as Lieutenant. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law yes ☑ No ☐
Lt. Chick was/is acting in his individual and official capacity.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: That inmate Requena's First Amendment was violated, Eighth and Fourteenth Amendment.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) on 10-4-2011 I was placed into Administrative Seg on 10-11-2011 I was placed on Disciplinary Seg. Unit Team Manager Mr. Williams, CCII Mr. Riemann nor CCI Mr. Schneider would not allow me any hygiene items nor stamps, envelopes and writing paper. This was for a whole month while on Disciplinary Seg. On 7-22-2012 I Filed a grievance against Berry Larson, Sam Cline and Ray Roberts for putting me in harms way as retaliation for Filing grievances and K.S.A. 60-1501's. I asked to be moved because I got a disciplinary report for having drum sticks which I stop going to my religious callout due to the fact that I thought the Facility would retaliate against its members and make a dangerous enviornment for myself. On 6-30-2012 I was brutally beaten by two members of the callout I attended

B)(1) Count II: That inmate Requena's Eighth Amendment was violated, First and Fourteenth Amendment.

(2) Supporting Facts: while in Segregation from 2-1-2012 to 3-1-2012 I was not given any of my legal material, Sam Cline, Major Mr. Reeves and Joshua Pettay would not allow me to have my property. This occurred evertime I was placed in Segregation. on 1-29-2012 I Filed a grievance against CCI Mr. Lamb for being prejudice against Mexicans and Indians. On 2-1-2012 CO I Ms. McGehee writes a disciplinary report against me in retaliation and later calls me a dumb Indian. On 12-3-2012 Libby Snider in her written report to Joe Patton trys to cover for staff members at the H.C.F. like Mr. Pettay property officer and others who retaliated against me.

C) (1) Count III: That inmate Requena's Fourteenth Amendment was violated, First and Fourteenth Amendment.

(2) Supporting Facts: Lt. Chick Finds me guilty of every case that comes across his desk because he knows that I had been taking his guilty decisions on a K.S.A. 60-1501 Writ's in Reno County District Court. On 7-16-2012 property officer Mr. Pettay retaliated against me by sending my property (T.V.) out as a donation, without giving me a notice. On 5-25-2012 I Filed a grievance against IMPP's 04-103 and 12-127 and Berry Larson admits that them policies are designed to hinder an inmate from proceeding in Court.

**D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes☐ No☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

b) Name of court and docket number N/A

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

d) Issues raised N/A

e) Approximate date of filing lawsuit N/A

f) Approximate date of disposition N/A

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C. [X] Yes [ ] No

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. That Petitioner has Filed grievances on all the issues presented in this case (see attached) and that petitioner was denied relief at every level.

**E. REQUEST FOR RELIEF**

1) I believe that I am entitled to the following relief: Petitioner is seeking injunctive relief because he believes that it is possible that he might be moved back to the Hutchinson Correctional Facility and Petitioner seeks $15,000.00 in punitive damages from each defendant for their actions and any other relief a jury might award for defendants actions. Petitioner also believes that he should be awarded exemplary damages to prevent this from happening again. Petitioner also believes that he should be entitled to compenstory damages for all that he has gone through and for the retaliation that he received by defendants

Signature of Attorney (if any)

Adrian Reyes[illegible]
Signature of Petitioner

(Attorney's full address and telephone number)

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at L.C.F., Lansing, KS (Location) on March 8th (Date), 2013.

Adrian Rey
(Signature)