```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF KANSAS
```

**ADRIAN M. REQUENA**,

                **Plaintiff**,

      v.                           CASE NO. 13-3043-SAC

**RAY ROBERTS, et al.**,

                **Defendants**.

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for an extension of time to submit the initial partial appellate filing fee (Doc. #35). The Court grants the request and extends the time for thirty (30) days from the date of this order.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion for an extension of thirty (30) days is granted.

**IT IS SO ORDERED.**

DATED: This 18th day of July, 2017, at Topeka, Kansas.

                                      S/ Sam A. Crow
                                      SAM A. CROW
                                      U.S. Senior District Judge