# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**ADRIAN MICHAEL REQUENA,**

        **Plaintiff,**

    **v.**                                CASE NO. 13-3043-SAC

**RAY ROBERTS, et al.,**

        **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's second request for an extension of time to submit the initial partial appellate filing fee (Doc. #38). The Court has examined the record and grants the extension.

IT IS, THEREFORE, BY THE COURT ORDERED petitioner's motion is granted and the time is extended to and including October 23, 2017. No further extension will be allowed.

**IT IS SO ORDERED.**

DATED:  This 22nd day of September, 2017, at Topeka, Kansas.

                                        S/ Sam A. Crow
                                        SAM A. CROW
                                        U.S. Senior District Judge