# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**ADRIAN M. REQUENA,**

      **Plaintiff,**

v.    Case No.  13-3043-SAC

**WENDY NEWKIRK, MICHAEL CRANSTON
and LEVON CROTTS,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant Cranston's motion for summary judgment and defendants Wendy Newkirk's and LeVon Crotts's motion for summary judgment are granted.

Entered on the docket 03/19/20

**Dated:  March 19, 2020**            **TIMOTHY M. O'BRIEN**
                                                      **CLERK OF THE DISTRICT COURT**

                                                      **s/S. Nielsen-Davis**
                                                      **Deputy Clerk**